UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL T. GRANT AND STEPHANIE N. GRANT,

                      Appellants,

v.	ORDER

KRISTA M. PREUSS,	20-cv-03064-PMH

                      Appellee.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      As discussed at the conference today at which all parties appeared by counsel via telephone, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within ninety (90) days of this Order. Any application to reopen filed after ninety (90) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: New York, New York
       June 23, 2020

_____
Philip M. Halpern
United States District Judge